IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>STONEY WESTMORELAND,<br><br>  Defendant. | ORDER MODIFYING RELEASE CONDITIONS<br><br><br>Case No. 2:19-CR-14 JNP<br><br>Magistrate Judge Dustin Pead |

Based upon ~~Based upon information provided by Mr. Westmoreland~~, stipulation of the Assistant United States Attorney, Karin Fojtik, and other good cause appearing,

IT IS HEREBY ORDERED that the conditions of Mr. Westmoreland's pretrial release are modified to allow him travel to New Mexico and Tennessee to make funeral arrangements and attend services for his mother, who passed away unexpectantly on March 14, 2019. Mr. Westmoreland will provide a full itinerary to Pretrial Services, including addresses of where he will be staying during his travel. The remaining terms of the Court's order setting conditions of release remain in full force and effect.

DATED this __14th__ day of March, 2019.

_____
Honorable Dustin B. Pead
United States Magistrate Judge