UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Petition and Order for Action on Conditions of Pretrial Release

Name of Defendant: Stoney Westmoreland   Docket Number: 2:19CR00014-001

Name of Judicial Officer: Honorable Cecilia Romero
U.S. Magistrate Judge

Date of Release: February 6, 2019

### PETITIONING THE COURT

To issue a Summons:

### CAUSE

The pretrial officer believes the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about June 29, 2019, the defendant possessed sexually explicit photos on his cellular phone.

**Allegation No. 2:** On or about September 6, 2019, the defendant possessed sexually explicit material at his residence.

Evidence in support of the above allegations consists of records of the supervising U.S. Probation Officer in the District of California.

I declare under penalty of perjury that the foregoing is true and correct.

By   Jennifer E.M. Wollitz
U.S. Pretrial Services Office
Date: September 19, 2019

**THE COURT ORDERS:**

- ✓ The issuance of a Summons
- ☐ The issuance of a Warrant
- ☐ No action
- ☐ Other: _____
- ☐ That the conditions or pretrial release be amended as outlined above

Stoney Westmoreland
2:19CR00014-001

☐ That the Warrant issued on the above date be withdrawn
☐ Previous Petition to be amended and the issuance of a Warrant

*[signature: Cecilia M. Romero]*
Honorable Cecilia Romero
U.S. Magistrate Judge

Date: 9/20/2019