UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Petition and Order for Action on Conditions of Pretrial Release

Name of Defendant: Stoney Westmoreland          Docket Number: 2:19CR00014-001

Name of Judicial Officer:   Honorable Cecilia Romero
                            U.S. Magistrate Judge

Date of Release:   February 6, 2019

## PETITIONING THE COURT

To issue a Summons

## CAUSE

The probation officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about September 20, 2019, the defendant was ordered by the Honorable Judge Cecilia Romero to allow pretrial services access to the defendant's roommates room.

Evidence in support of this allegation is reported by the supervising pretrial officer out of the Central District of California. Pretrial services conducted a home visit on October 7, 2019 and November 19, 2019. Officers were denied access to the roommate's room.

**Allegation No. 2:** On or about September 20, 2019, the defendant was ordered to provide the Pretrial/Probation Office an inventory of all digital media in his presence within 10 days

Evidence in support of this allegation the defendant sent pretrial services a list of his inventory of digital media on November 9, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

By _____
Jenifer E.M. Wollitz
U.S. Pretrial Services Officer
Date: November 26, 2019

**THE COURT ORDERS:**

✓ The issuance of a Summons
☐ The issuance of a Warrant

Stoney Westmoreland
2:19CR00014-001

☐ No action
☐ Other: _____
☐ That the conditions or pretrial release be amended as outlined above
☐ That the Warrant issued on the above date be withdrawn
☐ Previous Petition to be amended and the issuance of a Warrant

*Cecilia M. Romero*
Honorable Cecilia Romero
U.S. Magistrate Judge

Date: Dec. 2, 2019