ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
111 South Main Street, Suite #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. STONEY WESTMORELAND, Defendant. | Case No.  2:19-cr-14 HCN  FELONY INFORMATION  Vio. 18 U.S.C. § 2425 Use of Interstate Facility to Transmit Information about a Minor |

The United States Attorney charges:

### COUNT 1
(Use of Interstate Facility to Transmit Information Regarding a Minor)
(18 U.S.C. § 2425)

On or about December 13, 2018, in the Central Division of the District of Utah,

STONEY WESTMORELAND,

the defendant herein, using a means of interstate or foreign commerce, the internet, did knowingly initiate the transmission of the name or electronic mail address of another individual, knowing that such other individual has not attained the age of 16 years, with

the intent to entice, encourage, offer, and solicit any person to engage in sexual intercourse for which any person can be charged with a criminal offense, and attempted to do so; all in violation of Title 18, United States Code, Section 2425.

Dated this 28th day of September, 2021.

ANDREA T. MARTINEZ
Acting United States Attorney


*/s/ Karin M. Fojtik*
_____
KARIN M. FOJTIK
Assistant United States Attorney