SCOTT K. WILSON, Federal Public Defender (#7347)
ADAM G. BRIDGE, Assistant Federal Public Defender (#14552)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | **MOTION TO APPOINT CO-COUNSEL** |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:19-CR-014 HCN |
| STONEY WESTMORELAND, | |
| Defendant. | |

The defendant in this matter, Stoney Westmoreland, hereby requests that this court appoint CJA counsel Wendy M. Lewis as co-counsel in this matter. This motion is supported by the following:

1. Ms. Lewis and the Utah Federal Defender Office were appointed to represent Mr. Westmoreland at the time of his initial appearance on January 9, 2019. Adam G. Bridge entered an appearance as co-counsel on February 7, 2019.

2. Ms. Lewis has served as the primary attorney on this matter for the past three years. She has been the primary point of contact for Mr. Westmoreland, has filed all motions on his

    behalf, and was the primary attorney who engaged in settlement negotiations with the United States Attorney's Office.

3. On September 30, 2021, Mr. Westmoreland entered a plea of guilty and sentencing is scheduled for January 24, 2022. The sentencing will be contested and witness testimony will be presented—specifically, expert testimony from Dr. Fred Berlin. Ms. Lewis has been the primary point of contact with Dr. Berlin.

4. Ms. Lewis left the Federal Defender Office effective January 1, 2022. She is now in private practice with the law firm Nester Lewis PLLC and is a member of the CJA panel for the District of Utah.

5. The issues in this matter are complicated, and in order to maintain continuity of counsel, it is necessary that Ms. Lewis continue her representation as co-counsel with Mr. Bridge. For these reasons, Mr. Westmoreland requests that the Court appoint Ms. Lewis as co-counsel in this matter.

                                          Respectfully Submitted:
                                          STONEY WESTMORELAND

                          By:    /s/ Adam G. Bridge
                                  Assistant Federal Public Defender